HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MAURO GONZALEZ LULE

**FILED**

**Apr 07, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURO GONZALEZ LULE,<br><br>Defendant. | Case No. 1:20-cr-00011-JLT-1<br><br>**ORDER FOR RELEASE AND TRANSPORT TO PINE RECOVERY** |

IT IS HEREBY ORDERED that defendant Mauro Gonzalez Lule (a.k.a. Mauro Lule Gonzalez) (Fresno County Sheriff's Booking No. 2215020; Person ID 7110367) shall be released from the Fresno County Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Monday, April 11, 2022 at 8:00 a.m.  Mr. Mitchel will then transport Mr. Gonzalez Lule directly to Pine Recovery, located at 320 W Oak Ave in Visalia, for intake and admission into the program.  If, for any reason, Pine Recovery does not immediately accept Mr. Gonzalez Lule into the program, Mr. Mitchel will return Mr. Gonzalez Lule directly to the Fresno County Jail by no later than 9:00 p.m. on April 11, 2022.

While enrolled in the program, Mr. Gonzalez Lule is ordered to participate and remain in the program until he satisfies the program's requirements or until further order of this Court.  All previously imposed terms and conditions of supervised release shall remain in full force and effect.

If Mr. Gonzalez Lule voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions. The above release and transport details have been reviewed by Mr. Gonzalez Lule's probation officer, Officer Laura Del Villar, and government counsel.

IT IS SO ORDERED.

Dated: __April 7, 2022__       /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE