1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00011 JLT |
   |---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
13 | v. | DATE: June 6, 2022 |
14 | MAURO GONZALEZ LULE, | TIME: 2:00 p.m. |
15 | Defendant. | |

16

17                          **STIPULATION**

18     The United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for status conference on May 6, 2022, at 2:00

21 p.m. On April 7, 2022, U.S. Magistrate Judge McAuliffe ordered the defendant released to a drug

22 treatment program, among other conditions of release.

23

24     2.     On May 4, 2022, counsel for defendant was informed that the drug treatment program

25 will continue to house and treat the defendant for an additional 30 days, necessitating a request from

26 the parties to continue the status conference.

27     3.     By this stipulation, the parties now move to continue the status conference to **June 6,**

28

                                    1

**2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow the defendant to continue drug treatment.

IT IS SO STIPULATED.

DATED:        May 4, 2022

/s/Christina Corcoran
CHRISTINA CORCORAN
Counsel for Defendant
MAURO GONZALEZ LULE

DATED:        May 4, 2022

/s/ Henry Z. Carbajal III for
JEFFREY A. SPIVAK
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: 5/5/2022         *Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE