HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for the Defendant
MAURO GONZALEZ LULE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MAURO GONZALEZ LULE,<br><br>        Defendant. | CASE NO.  1:20-CR-00011 JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE:   July 14, 2022<br>TIME:    2:00 p.m. |
|---|---|

**STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant MAURO GONZALEZ LULE:

1. By previous order, this matter was set for status conference on June 6, 2022 at 2:00 p.m. On April 7, 2022, U.S. Magistrate Judge McAuliffe ordered the defendant released to a drug treatment program, among other conditions of release.

2. Pine Recovery, where the defendant is participating in treatment, is a needs-based program requiring re-evaluation every 30 days. On June 3, 2022, counsel for defendant was

1

informed that the drug treatment program will continue to house and treat the defendant for an additional 30 days, necessitating a request from the parties to continue the status conference.

3. Defense counsel was also informed that the defendant's next assessment date for further treatment is July 11, 2022.

4. By this stipulation, the parties now move to continue the status conference to **July 14, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow the defendant to continue drug treatment.

IT IS SO STIPULATED.

DATED:   June 3, 2022

>   */s/Christina Corcoran*
>   CHRISTINA CORCORAN
>   Counsel for Defendant
>   MAURO GONZALEZ LULE

DATED:   June 3, 2022

>   */s/ Jeffrey A. Spivak*
>   JEFFREY A. SPIVAK
>   Assistant United States Attorney
>   Counsel for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated:   **June 3, 2022**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE