PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00011-JLT |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE; ORDER |
| v. | DATE: July 14, 2022 |
| MAURO GONZALEZ LULE, | TIME: 2:00 pm. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, a status conference on the initial Probation Violation petition was set for status on July 14, 2022. (ECF #20).

2. On July 1, 2022, the Court authorized a Superseding Violation Petition (ECF #21). A status conference on that superseding petition is set for July 20, 2022. (ECF #25).

///

///

///

///

///

1

3. Accordingly, the parties, including Probation, are requesting the July 14, 2022 hearing be vacated.

Dated: July 13, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: July 13, 2022

/s/ Christina Corcoran
Christina Corcoran
Assistant Federal Defender
Counsel for Defendant
Mauro Gonzalez Lule

IT IS SO ORDERED.

Dated: **July 14, 2022**

UNITED STATES MAGISTRATE JUDGE

2