HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MAURO GONZALEZ LULE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURO GONZALEZ LULE,<br><br>Defendant. | Case No. 1:20-cr-00011-JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE and ORDER**<br><br>Date:   August 9, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Mauro Gonzalez Lule, that the Court may continue the status conference currently scheduled for July 20, 2022, at 2:00 p.m. to August 9, 2022, at 2:00 p.m. before the Honorable Erica P. Grosjean.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on July 20, 2022.
2. The parties have discussed a possible resolution.
3. Defense counsel requires additional time to consult with her client about his options.
4. The government does not object to the requested continuance.
5. No exclusion of time under the Speedy Trial Act is necessary, as the Act does not

apply to petitions alleging supervised release violations.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 19, 2022    */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 19, 2022    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MAURO GONZALEZ LULE

**O R D E R**

The status currently scheduled for July 20, 2022, at 2:00 p.m. is hereby continued to **August 9, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **July 19, 2022**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE