1 HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
3 Office of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorneys for Defendant
MAURO GONZALEZ LULE
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 1:20-cr-00011-JLT

12              Plaintiff,              **ORDER FOR RELEASE AND TRANSPORT TO PINE RECOVERY**

13 vs.

14 MAURO GONZALEZ LULE,

15              Defendant.

16

17     IT IS HEREBY ORDERED that defendant Mauro Gonzalez Lule (a.k.a. Mauro Lule

18 Gonzalez) (Fresno County Sheriff's Booking No. 2221919; Person ID 7110367) shall be

19 released from the Fresno County Jail to Kevin Mitchel, a social worker with the Office of the

20 Federal Defender, on Monday, September 19, 2022, at 8:00 a.m.  Mr. Mitchel will then transport

21 Mr. Gonzalez Lule directly to Pine Recovery, located at 120 West School Avenue, Visalia, for

22 intake and admission into the program.  If, for any reason, Pine Recovery does not immediately

23 accept Mr. Gonzalez Lule into the program, Mr. Mitchel will return him directly to the Fresno

24 County Jail by no later than 9:00 p.m. on September 19, 2022.

25     While enrolled in the program, Mr. Gonzalez Lule is ordered to participate and remain in

26 the program until he satisfies the program's requirements or until further order of this Court.  All

27 previously imposed terms and conditions of supervised release shall remain in full force and

28 effect.

If Mr. Gonzalez Lule voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: __September 12, 2022__

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE