PHILLIP A. TALBERT
United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00011-JLT |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL |
| v. | |
| MAURO GONZALEZ LULE, | |
| Defendant. | |

The Violation Petition in this case, having been sealed by Order of the Court on November 10, 2022,

and it appears that it no longer need remain secret.

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey Spivak, Assistant United States Attorney, hereby moves that the Violation Petition in this case be unsealed and made public record.

MOTION AND ORDER TO UNSEAL      1

| | | |
|---|---|---|
| Dated: November 17, 2022 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | /s/ JEFFREY SPIVAK<br>JEFFREY SPIVAK<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00011-JLT |
| Plaintiff, | ORDER TO UNSEAL |
| v. | |
| MAURO GONZALEZ LULE, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Violation Petition filed on November 10, 2022, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **November 18, 2022**

UNITED STATES MAGISTRATE JUDGE

MOTION AND ORDER TO UNSEAL

3