HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAURO GONZALEZ LULE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAURO GONZALEZ LULE,<br><br>　　　　Defendant. | Case No. 1:20-cr-00011-JLT<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:　February 6, 2023<br>Time:　10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for MAURO GONZALEZ LULE, that the Court may continue the sentencing hearing from January 13, 2023 to February 6, 2023, at 10:00 a.m.

The requested continuance is necessary to accommodate defense counsel's schedule and for the completion of the defense investigation related to sentencing.  Counsel for the government and Probation have no objection to the requested change of date.

As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 16, 2022  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2022  /s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
MAURO GONZALEZ LULE

## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 13, 2023, to February 6, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **December 19, 2022**

UNITED STATES DISTRICT JUDGE

Gonzalez Lule / Stipulation and
Proposed Order

2